IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DISABILITY RIGHTS TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:14-CV-715-A |
| | § | |
| MANSFIELD INDEPENDENT SCHOOL DISTRICT, ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Came on for consideration the application of Constance Wannamaker ("Wannamaker") to appear <u>pro hac vice</u> in the above action. The court's records show that the application was not accompanied by the appropriate fee. Therefore,

The court ORDERS that Wannamaker's application be, and is hereby, denied without prejudice to refiling upon payment of the applicable fee.

SIGNED September 4, 2014.

_____
JOHN McBRYDE
United States District Judge