**ORIGINAL**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
*Ft. Worth Division*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 4 2014
CLERK, U.S. DISTRICT COURT
By_____
Deputy

Disability Rights Texas

Plaintiff

v.

MISD and Dr. Jim Vaszauskas, Superintendent

Defendant

4:14-cv-00715-A

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff, Disability Rights Texas

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

NONE

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

Abernathy, Roeder, Boyd & Joplin, P.C.; MISD Board of Trustees includes as members: Dr. Michael Evans (President); Raul Gonzalez (Vice President); Karen Marcucci (Secretary); Terry Moore (Trustee); Beth Light (Trustee); Danny Baas (Trustee); and Courtney Lackey Wilson (Trustee); Superintendent Dr. Jim Vaszauskas; any other unknown law firms that may be retained by the school district; and any other unknown insurers of the school district.

| | |
|---|---|
| Date: | Sep 2, 2014 |
| Signature: | *Celbe* |
| Print Name: | Colleen Elbe |
| Bar Number: | 24050154 |
| Address: | 4747 S. Loop 289 Suite 120 |
| City, State, Zip: | Lubbock, TX 79424 |
| Telephone: | 806-765-7794 ext. 2105 |
| Fax: | 806-765-0496 |
| E-Mail: | celbe@disabilityrightstx.org |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons