IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 SEP 10 AM 9:56

CLERK OF COURT

| | | |
|---|---|---|
| DISABILITY RIGHTS TEXAS, | § | |
| Plaintiff, | § | CIVIL ACTION NO.14-cv-715 |
| v. | § | |
| | § | |
| MANSFIELD INDEPENDENT | § | |
| SCHOOL DISTRICT and | § | |
| Dr. JIM VASZAUSKAS, | § | |
| in his Official Capacity as | § | |
| Superintendent, | § | |
| | § | |
| Defendants. | § | |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Disability Rights Texas_____, with offices at

300 E. Main, Ste. 205_____
(Street Address)

El Paso_____  Texas_____  79901_____
(City)                                   (State)           (Zip Code)

915-542-0585_____.
(Telephone No.)

II.  Applicant will sign all filings with the name Constance R. Wannamaker_____.

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

cwanamaker@disabilityrightstx.org_____.
(E-mail Address)

III.  Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

```
┌─────────────────────────────────────────────────────────────┐
│                                                             │
│                                                             │
│                                                             │
│                                                             │
│                                                             │
└─────────────────────────────────────────────────────────────┘
```

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of

<u>Supreme Court of Texas</u>, where Applicant regularly practices law.

Bar license number: <u>24029329</u>     Admission date: <u>April 5, 2001</u>

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., the State Bar of Texas).**

For Court Use Only.
Bar Status Verified:
_____

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| U.S Western District of Texas | June 2, 2000 | Active |
| U.S Eastern District of Texas | May 30, 2012 | Active |
| U.S Southern District of Texas | July 19, 2012 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:         Case No. And Style:

N/A                          N/A

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Elise Mitchell _____ who has offices at

1420 West Mockingbird Lane, Ste. 450
(Street Address)

Dallas,                              Texas                75247
(City)                               (State)              (Zip Code)

214-630-0916
(Telephone No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

☒ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 9th day of September, 2014.

Constance R. Wannamaker
Printed Name of Applicant

/s/
Signature

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

August 28, 2014

Re:   Constance Russell Wannamaker, State Bar Number 24029329

To Whom It May Concern:

This is to certify that Ms. Constance Russell Wannamaker was licensed to practice law in Texas on April 5, 2001, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Ms. Wannamaker's law license.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel

LA/aa



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487; 512.427.1350; FAX: 512.427.4167