IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DISABILITY RIGHTS TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:14-CV-715-A |
| | § | |
| MANSFIELD INDEPENDENT SCHOOL DISTRICT, ET AL., | § | |
| | § | |
| Defendants. | § | |

ORDER

Came on for consideration the application of Constance R. Wannamaker ("Wannamaker") for admission pro hac vice in the above-captioned matter. The court finds that the application should be granted. Therefore,

The court ORDERS that the application of Wannamaker for admission pro hac vice be, and is hereby, granted, and that Wannamaker be, and is hereby, granted leave to appear pro hac vice on behalf of plaintiff, Disability Rights Texas, in this action. The court directs the clerk of the court to deposit the application fee into the account of the Non-Appropriated Fund of this court.

SIGNED September 10, 2014.

_____
JOHN McBRYDE
United States District Judge