

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | | |
|---|---|---|
| DISABILITY RIGHTS TEXAS, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 14-CV-715-A |
| MANSFIELD INDEPENDENT SCHOOL DISTRICT and DR. JIM VASZAUSKAS, in his Official Capacity as Superintendent, | § § § § § § | |
| Defendants. | § § | |

**PARTIES JOINT REPORT TO THE COURT
ON SETTLEMENT DISCUSSIONS**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW**, Plaintiffs, Disability Rights Texas, and Defendants, Mansfield Independent School District and Dr. Jim Vaszauskas, and file this Parties Joint Report to the Court on Face to Face settlement conference, and, accordingly, respectfully show the following:

### I.   INTRODUCTION

1. On December 19, 2014, the parties to this cause participated in face to face settlement discussions in Mansfield Texas.

2. On January 13, 2015, the parties submitted a status report to the Court, advising the Court that while the parties had not been able to reach agreement, settlement discussions were ongoing.

3. On January 14, 2015, the Court ordered the parties to file a status report regarding the outcome of those discussions by February 4, 2015 at 4:00PM.

4.  The parties hereby notify the Court that they have been able to reach an agreement that will result in the resolution of this matter. The parties are diligently working out the details of a settlement agreement.

5.  Accordingly, the parties anticipate filing a joint dismissal motion by the end of business on February 27th, 2015.

Respectfully submitted,

*/s/ Elise Mitchell*
ELISE MITCHELL
State Bar No. 01478720
DISABILITY RIGHTS TEXAS
1420 West Mockingbird Lane, Ste. 450
Dallas, Texas 75247-4932
(214) 630-0916 (Phone)
(214) 630-3472 (Fax)
emitchell@disabilityrightstx.org

COLLEEN ELBE
State Bar No. 24050154
DISABILITY RIGHTS TEXAS
4747 S. Loop 289, Suite 120
Lubbock, Texas 79424
(806) 765-7794 (phone)
(806) 765-0496(fax)
celbe@disabilityrightstx.org

CONSTANCE R. WANNAMAKER
State Bar No. 24029329
DISABILITY RIGHTS TEXAS
300 E. Main, Suite 205
El Paso, Texas 79901
(915) 542-0585 (Phone)
(915) 542-2676 (fax)
cwannamaker@drtx.org

*Attorneys for Plaintiff*

Charles J. Crawford
State Bar No. 05018900
Ross Wells
State Bar No. 24047087
Abernathy Roeder & Boyd & Joplin, P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75070

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February, 2015, a true and correct copy of the foregoing was served via hand delivery to Ross Wells, Esq. and Charles J. Crawford, Abernathy Roeder & Boyd & Joplin, P.C., 1700 Redbud Blvd., Suite 300, McKinney, TX 75070.

Elise Mitchell