ORIGINAL
C.T.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2015 FEB 26  AM 11: 19

CLERK OF COURT

MMC

| | |
|---|---|
| DISABILITY RIGHTS TEXAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 14-CV-715-A |
| § | |
| MANSFIELD INDEPENDENT § | |
| SCHOOL DISTRICT and § | |
| DR. JIM VASZAUSKAS, § | |
| in his Official Capacity as § | |
| Superintendent, § | |
| § | |
| Defendants. § | |

### PARTIES' JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Disability Rights Texas, and Mansfield Independent School District and Dr. Jim Vaszauskas, in his official Capacity as Superintendent, Defendants, and file this Parties' Joint Motion to Dismiss with Prejudice, and in support thereof would show the Court as follows:

1. On August 28, 2014, Plaintiff filed an Original Complaint for Declaratory and Injunctive Relief against Defendants Mansfield Independent School District, and Dr. Jim Vaszauskas Superintendent, in his Official Capacity.

2. The parties have reached an agreement resolving the dispute in this matter. Accordingly, the parties hereby request this Honorable Court dismiss the instant cause, Docket No. 14-CV-715 with prejudice.

---

PARTIES' JOINT MOTION TO DISMISS WITH PREJUDICE – Page 1

Respectfully submitted,

*/s/ Elise Mitchell*
ELISE MITCHELL
State Bar No. 01478720
DISABILITY RIGHTS TEXAS
1420 West Mockingbird Lane, Ste. 450
Dallas, Texas 75247-4932
(214) 630-0916 (Phone)
(214) 630-3472 (Fax)
emitchell@disabilityrightstx.org

COLLEEN ELBE
State Bar No. 24050154
DISABILITY RIGHTS TEXAS
4747 S. Loop 289, Suite 120
Lubbock, Texas 79424
(806) 765-7794 (phone)
(806) 765-0496 (fax)
celbe@disabilityrightstx.org

CONSTANCE WANNAMAKER
State Bar No. 24029329
DISABILITY RIGHTS TEXAS
300 E. Main, Suite 205
El Paso, Texas 79901
(915) 542-0585 (Phone)
(915) 542-2676 (fax)
cwannamaker@drtx.org

***Attorneys for Plaintiff***

                                                                                     Charles J. Crawford
                                         State Bar No. 05018900
                                         Ross Wells
                                         State Bar No. 24047087
                                         **ABERNATHY, ROEDER, BOYD**
                                         **& JOPLIN, P.C.**
                                         1700 Redbud Blvd., Ste. 300
                                         McKinney, Texas 75069

                                         *Attorneys for Defendant*

                                         The local counsel requirement was waived
                                         by Order signed September 25, 2014

## CERTIFICATE OF SERVICE

      I certify that on this the 26 day of Feb_____, 2015 that a true and correct copy of the foregoing document was served on all counsel of record via electronic mail and certified mail, return receipt requested.

                                           Elise Mitchell

**ABERNATHY, ROEDER, BOYD**
**& JOPLIN, P.C.**

Richard M. Abernathy                      Mailing Address:
State Bar No. 00809500                      P.O Box 1210
rabernathy@abernathy-law.com          McKinney, Texas 75070-1210

Charles J. Crawford
State Bar No. 05018900
ccrawford@abernathy-law.com

Ross Wells
State Bar No. 24047087
rwells@abernathy-law.com

1700 Redbud Blvd., Ste. 300
McKinney, Texas 75069
(214) 544-4000 Telephone
(214) 544-4040 Facsimile